

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2018

No. 04-18-00548-CV

Thomas Michael **TOWNSEND**, Sr., TMT Management, LLC,
and Townsend Mineral Company, LP,
Appellants

v.

Philip Wayne **HINDES** and Melinda Hindes Eustace,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 12-09-00179-CVL
Honorable Dick Alcala, Judge Presiding

# O R D E R

Patricia A. Gaddis' Notification of Late Reporter's Record is this date NOTED.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

